# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Luis Arita

                      Plaintiff,

v.                                                   Case No.: 1:15–cv–01173
                                                      Honorable Andrea R. Wood

Wexford Health Sources Inc., et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 21, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Defendants' motion to extend dispositive motion deadline [138] is granted. The parties shall have until 9/30/2019 to file dispositive motions. Motion hearing set for 8/21/2019 is stricken. Status hearing set for 9/5/2019 [136] remains firm. Mailed notice(aw,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.